# COULSON *v.* GOVERNMENT OF THE CANAL ZONE.

### ERROR TO THE SUPREME COURT OF THE CANAL ZONE.

No. 187.   Motion to dismiss or affirm.—Submitted November 2, 1908.—Decided November 9, 1908.

Writ of error to review judgment of the Supreme Court of the Canal Zone dismissed for want of jurisdiction.

*The Attorney General* and *The Solicitor General* for defendant in error in support of the motion.

*Mr. Moorfield Storey* and *Mr. Franklin E. Brooks* for plaintiff in error in opposition to motion to dismiss or affirm.

*Per Curiam:* Writ of error dismissed for want of jurisdiction.